IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00324-REB
(Civil Action No. 12-cv-02148-REB)

UNITED STATES OF AMERICA,

v.

TERRY LEE DOOLEY,

    Defendant-Movant.
_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#112], filed August 22, 2012, the following Judgment is hereby entered:

1. That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" [#111] filed August 14, 2012, is DENIED; and

2. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED.

3. The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this   23rd   day of August, 2012.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK

                              By:  s/ Edward P. Butler
                                   Edward P. Butler, Deputy Clerk